```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――――
DEBBIE HIGGS,

                    Plaintiff,              19cv11585 (JGK)

        - against -                         ORDER

 EASY SERVICE LLC et al.,

                    Defendants.
―――――――――――――――――――――――――――――――――
```

**JOHN G. KOELTL, District Judge:**

The June 9, 2020 conference will be a teleconference. The parties should call in at 4:30 PM to (888)-363-4749 and use access code 8140049.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **June 1, 2020**              _____/s/ John G. Koeltl_____
                                                    **John G. Koeltl**
                                       **United States District Judge**